BRIAN H GETZ, ESQ. (CSBN 85593)
LAW OFFICES OF BRIAN H GETZ
88 Kearny Street, Suite 1850
San Francisco, CA 94108
Telephone: (415) 912-5886
Email: bhgetz@pacbell.net

Attorney for Defendant
LAWRENCE J. GERRANS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:18-CR-00310-EMC |
| Plaintiff, | **DEFENDANT'S NOTICE OF MOTION TO CONTINUE TRIAL DATE.** |
| vs. | |
| LAWRENCE J. GERRANS, | Hearing Date: April 17, 2019 |
| Defendant. | Hearing Time: 2:30 PM |
| | Courtroom: 5 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on Wednesday, April 17, 2019 at 2:30 PM, or soon thereafter, as the matter may be heard in Courtroom 5 at 450 Golden Gate Avenue, 17th Floor, San Francisco, CA 94102, before the HONORABLE EDWARD M. CHEN, United States District Judge, Defendant Lawrence J. Gerrans will move the Court to continue his trial date pursuant to Criminal Local Rule 47-2.

This motion is based on this Notice, Declaration of Counsel of Brian H Getz, Memorandum of Points and Authorities, Proposed Order, and any oral or documentary evidence to be presented at the hearing of this motion.

DATED: April 3, 2018

Respectfully submitted,

_____
BRIAN H GETZ
Attorney for Defendant
LAWRENCE J. GERRANS

- 1 -
DEFENDANT'S NOTICE OF MOTION TO CONTINUE TRIAL DATE
Case No.: 3:18-CR-00310-EMC

```
BRIAN H GETZ, ESQ. (CSBN 85593)
LAW OFFICES OF BRIAN H GETZ
88 Kearny Street, Suite 1850
San Francisco, CA 94108
Telephone: (415) 912-5886
Email: bhgetz@pacbell.net

Attorney for Defendant
LAWRENCE J. GERRANS
```

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:18-CR-00310-EMC |
| Plaintiff, | **DECLARATION OF COUNSEL, BRIAN H GETZ, IN SUPPORT OF DEFENDANT'S MOTION TO CONTINUE TRIAL DATE** |
| vs. | |
| LAWRENCE J. GERRANS, | Hearing Date: April 17, 2019 |
| Defendant. | Hearing Time: 2:30 PM |
| | Courtroom: 5 |

I, BRIAN H GETZ, declare and state as follow:

1. I am an attorney at law duly licensed to practice law in the State of California and before this Court.

2. I make this Declaration in support of defendant's Motion to Continue Trial Date, pursuant to Criminal Local Rule 47-2.

3. I have personal knowledge of the facts stated herein and if called as a witness, I could testify competently to the matters set forth herein.

4. Jury selection for this trial is currently set to begin on July 26, 2019 followed by a jury trial on July 29, 2019.

5. I am currently in trial in Alameda County in the *The People v. Almena* matter, Case No.: 17-cr-017349A, which will unveil the tragic death of 36 concertgoers at the Ghostship

warehouse in Oakland. Jury selection began on April 2, 2019 and will occupy much of April 2019.

6. The trial judge has advised prospective jurors that the case may go into August 2019.

7. Even if the trial ends sooner than August, I would have requested a sixty-day (60) continuance because I need extra time to obtain additional records, interview witnesses, and assemble documents in the instant matter.

8. To my knowledge, no other continuance has been requested in this matter.

Executed on this date, the 3rd of April 2019 in San Francisco, California.

Respectfully submitted,

_____
BRIAN H GETZ
Attorney for Defendant
LAWRENCE J. GERRANS

```
 1  BRIAN H GETZ, ESQ. (CSBN 85593)
    LAW OFFICES OF BRIAN H GETZ
 2  88 Kearny Street, Suite 1850
    San Francisco, CA 94108
 3  Telephone: (415) 912-5886
 4  Email: bhgetz@pacbell.net

 5  Attorney for Defendant
    LAWRENCE J. GERRANS
 6
```

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>vs.<br><br>LAWRENCE J. GERRANS<br><br>             Defendant. | Case No.: 3:18-CR-00310-EMC<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION TO CONTINUE TRIAL DATE**<br><br>Hearing Date:  April 17, 2019<br>Hearing Time:  2:30 PM<br>Courtroom:      5 |

## APPLICABLE LAW

The United States District Court for the Northern District of California Criminal Local Rule 47-2 states "all motions in criminal cases shall be filed, served and noticed in writing for hearing not less than 14 days . . ." and shall comply with the form rules outlined in Civil Local Rule 7-2(b) and (c).

Civil Local Rule 6-2(a) states that parties requesting an order to change time that would affect the date that would affect the date of an event or deadline already fixed by Court order, in this case the trial date, the parties must set forth with particularity, the reasons for the requested extension of time and its affect on the current schedule for the case.

//

- 1 -
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT'S MOTION TO CONTINUE TRIAL DATE
Case No.: 3:18-CR-00310-EMC

## ARGUMENT

Good cause is present to continue the trial date in this matter. Attorney for defendant outlines two bases for this motion in the <u>Declaration of Counsel, BRIAN H GETZ, in Support of Defendant's Motion to Continue Trial Date</u>.

The first basis for this motion is that Mr. Getz is currently in trial in the Alameda County case *The People v. Almena*, case no.: 17-cr-017349A, an emotionally public case which will unveil the death of 36 concertgoers who tragically died in a fire at the Ghostship warehouse in Oakland, California. Jury selection began on April 2, 2019 and is expected to continue through April. The trial judge has advised prospective jurors that the case may go into August 2019. This overlaps the July 26, 2019 date for which the jury selection is to begin in this matter.

The second basis for this motion is that even if the trial in *People v. Almena* ends sooner, Mr. Getz would have requested a 60-day continuance for additional time to obtain additional records, interview witnesses, and assemble the thousands of documents in this matter.

No other continuance has been requested in this matter and this request will only affect the start date of jury selection and thus, the jury trial.

DATED: April 3, 2019

Respectfully submitted,

BRIAN H GETZ
Attorney for Defendant
LAWRENCE J. GERRANS

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LAWRENCE J. GERRANS

    Defendant.

Case No.: 3:18-CR-00310-EMC

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE TRIAL DATE**

GOOD CAUSE APPEARING, and after having considered Defendant's Motion to Continue his trial date, the Court hereby orders that:

1. The date for Jury Selection currently set for July 26, 2019 be continued to _____, 2019, and

2. The date for Jury Trial currently set to begin on July 29, 2019 be continued to _____, 2019.

IT IS SO ORDERED.

DATED: _____

                                      HONORABLE EDWARD M. CHEN
                                      U.S. DISTRICT COURT JUDGE