1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  ROBIN L. HARRIS (CABN 123364)
   LLOYD FARNHAM (CABN 202231)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7016
       Facsimile: (415) 436-7234
8      E-mail: Robin.harris2@usdoj.gov

9  Attorneys for United States of America

ORIGINAL FILED
AUG 20 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE J. GERRANS,<br><br>Defendant. | No. CR 18-00310 EMC<br><br>UNITED STATES' MOTION TO UNSEAL AND [PROPOSED] ORDER |

Plaintiff, the United States, respectfully requests the Court to unseal the August 15, 2019 proceedings in the above-captioned case before the Honorable United States Magistrate Judge Elizabeth D. Laporte for the limited purposed of preparing and providing a transcript of these proceedings to the parties.

Dated: August 19, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/ Robin L. Harris
ROBIN L. HARRIS
Assistant United States Attorney

MOTION TO UNSEAL AND [PROPOSED] ORDER   1

# [PROPOSED] ORDER

Upon motion of the United States and GOOD CAUSE APPEARING, it is hereby ordered that the August 15, 2019 proceedings before the Honorable Elizabeth D. Laporte shall be unsealed for the limited purposed of preparing and providing a transcript of these proceedings to the parties.

IT IS SO ORDERED.

Dated: August 19, 2019

_____
THE HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

MOTION TO UNSEAL AND [PROPOSED] ORDER    1