BRIAN H GETZ, ESQ. (CSBN 85593)
LAW OFFICES OF BRIAN H GETZ
88 Kearny Street, Suite 1850
San Francisco, CA 94108
Telephone: (415) 912-5886
Email: bhgetz@pacbell.net

Attorney for Defendant
LAWRENCE J. GERRANS

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 3:18-CR-00310-EMC |
| Plaintiff, | **AMENDED MOTION FOR PRETRIAL RELEASE** |
| vs. | |
| LAWRENCE J. GERRANS | Hearing Date:   September 10, 2019 |
| | Hearing Time:   11:00 AM |
| Defendant. | Courtroom:   E |
| | Judge:   Hon. Elizabeth Laporte |

Presently before this Court is the request of defendant LAWRENCE J. GERRANS for Pretrial Release. Mr. Gerrans was at liberty on unsecured bond following the return of the indictment in 2018. He resided in Marin County with his wife and three children. He participated fully in all aspects of case preparation, including the collection of accounting records, arranging for witness interviews, and securing needed documents.

Mr. Gerrans was remanded into custody on August 21st following a motion hearing in district court. The events leading to his arrest are the subject of Counts Ten through Twelve of the Second Superseding Indictment, which was returned August 27, 2019.

### Grounds for Pretrial Release

Reference is made to a very favorable Pre Trial Services report which was prepared a year ago. A copy will be conveyed to the Court for consideration the morning of the hearing.

Simply stated, Mr. Gerrans is not a danger to the community. The unplanned, unexpected, unforeseen meeting with CG, a blood relative, is not a reflection of who Lawrence Gerrans is.

Bombastic discussion led to physical contact as the two, with a lifetime of familiarity between them, experienced anger and disappointment. It was expressed. It was not a threat but an expression of feeling. It was misdirected.

Since that episode, defendant Gerrans has remained in custody, CG has pled guilty and is pending sentencing. Defendant does not pose a threat to harm CG. Their relationship will exist long after this case is adjudicated. Their relationship has been forty years in the making.

DATED:  September 9, 2019                                     Respectfully submitted,

          */s/ Brian H Getz*
BRIAN H GETZ
Attorney for Defendant
LAWRENCE J. GERRANS