UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

| | | |
|---|---|---|
| **Date:** October 2, 2019 | **Time:** 2:46 – 3:20 = 34 Minutes | **Judge:** EDWARD M. CHEN |
| **Case No.:** 18-cr-00310-EMC-1 | **Case Name:** United States v. Lawrence J. Gerrans | |

**Attorney for Government:** Robin Harris
**Attorney for Defendant:** Brian Getz, Eric Krebs
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [X] In Custody  [ ] Not in Custody

| | |
|---|---|
| **Deputy Clerk:** Angella Meuleman | **Court Reporter:** Marla Knox |
| **Interpreter:** | **Probation Officer:** |

### PROCEEDINGS

1. [70] Motion for Release from Custody -  Held.

### SUMMARY

Parties stated appearances and proffered argument.

Video of confrontation between defendant and witness displayed by Government.

For reasons stated on the record, Court ruled defendant has not met burden of proof under 18 USA §3148.  There is probable cause to believe defendant violated the law and clear and convincing evidence that defendant violated conditions of release.  As demonstrated by the Government, he made inappropriate contact or cause inappropriate communication with the witness on three occasions and physical and verbally confronted the witness on August 13, 2019.  Defendant has failed to demonstrate available set of conditions that would assure safety of the witness and compliance with conditions of release.  Thus, reviewed *de novo*, the Magistrate Judge's revocation of release was proper and is affirmed.