1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ROBIN L. HARRIS (CABN 123364)
   LLOYD FARNHAM (CABN 202231)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7016
       FAX: (415) 436-7234
8      Robin.Harris2@usdoj.gov

9  Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 18-0310 EMC |
| Plaintiff, | STIPULATION RE: FOREIGN DEPOSITIONS AND ORDER [PROPOSED] |
| v. | |
| LAWRENCE GERRANS, | |
| Defendant. | |

Plaintiff, the United States of America, and defendant, Lawrence Gerrans, respectfully advise the Court that the Rule 15 deposition of witness Ehran Gunday, which had been scheduled to take place at the American Consulate in Istanbul, Turkey, will now take place at the American Embassy in Athens, Greece. The parties hereby stipulate that Embassy or Consular personnel at the American Embassy in Athens, Greece or a Special Agent with the Federal Bureau of Investigations will be permitted to videotape and audio record the questioning of the witness, with the videotape camera focused on the witness. The party taking the deposition will arrange to have a backup digital tape recorder available, which will also audio record the entire deposition. The parties further stipulate that the video and audio

STIP AND ORDER
CR 18-0310 EMC

recordings will be sent to a professional transcribing service in the United States that will prepare a transcript of the recorded testimony. The parties further stipulate that the videotape and transcript will be admissible at trial, save and except that both parties reserve their right to have the Court rule on any objections as to form raised during the deposition and any objections as to substance made under the Federal Rules of Evidence (and raised with the Court prior to the pre-trial conference in this case) before offering the objected to testimony into evidence.

DATED: October 31, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/
ROBIN L. HARRIS
Assistant United States Attorney

/s/
BRIAN GETZ
Attorney for Defendant

STIP AND ORDER
CR 18-0310 EMC

**ORDER**

The parties having so stipulated and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED, that, for the Rule 15 deposition of witness Ehran Gunday, Embassy or Consular personnel or a Special Agent with the Federal Bureau of Investigations will videotape and audio record the questioning of the witness, with the videotape camera focused on the witness. The party taking the deposition will arrange to have a backup digital tape recorder available, which will also audio record the entire deposition. The video and audio recordings will be sent to a professional transcribing service in the United States that will prepare a transcript of the recorded testimony. The videotape and transcript of the foreign depositions authorized by this Court under Rule 15 will be admissible at trial, save and except that both parties have preserved their right to have the Court rule on any objections as to form raised during the deposition and any objections as to substance made under the Federal Rules of Evidence (and raised with the Court prior to the pre-trial conference in this case) before offering the objected to testimony into evidence. This order supersedes and augments the Court's September 23, 2019 order at Dkt 72.

IT IS SO ORDERED.

Dated: October 31, 2019

_____
EDWARD M. CHEN
United States District Court Judge

STIP AND ORDER
CR 18-0310 EMC