1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ROBIN L. HARRIS (CABN 123364)
   LLOYD FARNHAM (CABN 202231)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7016
       FAX: (415) 436-7234
8      Robin.Harris2@usdoj.gov

9  Attorneys for United States of America

10                         UNITED STATES DISTRICT COURT

11                       NORTHERN DISTRICT OF CALIFORNIA

12                              SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,            )  CASE NO. CR 18-0310 EMC
14                                      )
           Plaintiff,                   )  STIPULATION RE: FOREIGN DEPOSITION AND
15                                      )  ORDER [PROPOSED]
       v.                               )
16                                      )
   LAWRENCE GERRANS,                    )
17                                      )
           Defendant.                   )
18                                      )

19

20         Plaintiff, the United States of America, and defendant, Lawrence Gerrans, respectfully advise the

21  Court that Santa Rita jail has requested a court order to facilitate defendant's telephone participation in

22  the Rule 15 deposition of witness Ehran Gunday. This foreign deposition is scheduled to take place at

23  10:00 a.m. on November 14 and 15, 2019 the American Embassy in Athens, Greece. Athens, Greece is

24  ten hours ahead of Pacific Standard Time. Accordingly, Santa Rita jail will need to have the defendant

25  available from approximately 11:00 p.m. on November 13, 2019 through noon on November 14, 2019

26  and, if necessary, the same time-frame for November 15, 2019. The parties hereby stipulate that

27  defendant's participation by telephone in the Rule 15 foreign deposition from midnight on November

28  13, 2019 through noon on November 14, 2019 and, if necessary, from midnight on November 14, 2019

STIP AND ORDER
CR 18-0310 EMC

through noon on November 15, 2019, is an exigent circumstance. Thus, the parties jointly request the Court to order Santa Rita jail personnel to have the defendant available by telephone from 11:00 p.m. on November 13, 2019 through noon on November 14, 2019 and, if necessary, from 11:00 p.m. on November 14, 2019 through noon on November 15, 2019. The parties stipulate and agree that defendant's telephone participation in the foreign deposition is an exigent circumstance that will require the jail to wake defendant before 5:00 a.m. and may require lights to be turned on after 11:00 p.m.

DATED: November 6, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/
ROBIN L. HARRIS
Assistant United States Attorney

/s/
BRIAN GETZ
Attorney for Defendant

## ORDER

The parties having so stipulated and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED, that, for the Rule 15 deposition of witness Ehran Gunday, Santa Rita jail will provide defendant with telephone access to the deposition from 11:00 p.m. on November 13, 2019 through noon on November 14, 2019 and, if necessary, from 11:00 p.m. on November 14, 2019 through noon on November 15, 2019. IT IS FURTHER ORDERED that to accommodate the aforementioned time periods, Santa Rita jail is permitted to wake the defendant before 5:00 a.m. and, if necessary, to turn on the lights after 11:00 p.m. for the limited purpose of facilitating defendant's telephone participation in the Rule 15 deposition.

IT IS SO ORDERED.

HON. EDWARD M. CHEN
United States District Court Judge

STIP AND ORDER
CR 18-0310 EMC