1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ROBIN L. HARRIS (CABN 123364)
   LLOYD FARNHAM (CABN 202231)
5  Assistant United States Attorneys

6        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
7        Telephone: (415) 436-7016
         FAX: (415) 436-7234
8        Robin.Harris2@usdoj.gov

9  Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 18-0310 EMC |
|---|---|
| Plaintiff, | ) STIPULATION RE: FOREIGN DEPOSITION AND |
| v. | ) ORDER [PROPOSED] |
| LAWRENCE GERRANS, | ) |
| Defendant. | ) |

Plaintiff, the United States of America, and defendant, Lawrence Gerrans, respectfully advise the Court that Santa Rita jail has requested a court order to facilitate defendant's telephone participation in the Rule 15 deposition of witness Ehran Gunday. This foreign deposition is scheduled to take place at 10:00 a.m. on November 14 and 15, 2019 the American Embassy in Athens, Greece. Athens, Greece is ten hours ahead of Pacific Standard Time. Accordingly, Santa Rita jail will need to have the defendant available from approximately 11:00 p.m. on November 13, 2019 through noon on November 14, 2019 and, if necessary, the same time-frame for November 15, 2019. The parties hereby stipulate that defendant's participation by telephone in the Rule 15 foreign deposition from midnight on November 13, 2019 through noon on November 14, 2019 and, if necessary, from midnight on November 14, 2019

STIP AND ORDER
CR 18-0310 EMC

through noon on November 15, 2019, is an exigent circumstance. Thus, the parties jointly request the Court to order Santa Rita jail personnel to have the defendant available by telephone from 11:00 p.m. on November 13, 2019 through noon on November 14, 2019 and, if necessary, from 11:00 p.m. on November 14, 2019 through noon on November 15, 2019. The parties stipulate and agree that defendant's telephone participation in the foreign deposition is an exigent circumstance that will require the jail to wake defendant before 5:00 a.m. and may require lights to be turned on after 11:00 p.m.

DATED: November 6, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/
ROBIN L. HARRIS
Assistant United States Attorney

/s/
BRIAN GETZ
Attorney for Defendant

**ORDER**

The parties having so stipulated and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED, that, for the Rule 15 deposition of witness Ehran Gunday, Santa Rita jail will provide defendant with telephone access to the deposition from 11:00 p.m. on November 13, 2019 through noon on November 14, 2019 and, if necessary, from 11:00 p.m. on November 14, 2019 through noon on November 15, 2019. IT IS FURTHER ORDERED that to accommodate the aforementioned time periods, Santa Rita jail is permitted to wake the defendant before 5:00 a.m. and, if necessary, to turn on the lights after 11:00 p.m. for the limited purpose of facilitating defendant's telephone participation in the Rule 15 deposition.

IT IS SO ORDERED.

DATED: November 6, 2019

HON. EDWARD M. CHEN
United States District Court Judge

STIP AND ORDER
CR 18-0310 EMC