UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** January 21, 2020  **Time:** 9:20 – 2:08 = 4 Hours; 9 Minutes  **Judge:** EDWARD M. CHEN

**Case No.**: 18-cr-00310-EMC-1  **Case Name:** USA v. Lawrence J. Gerrans

**Attorneys for Government:** Robin Harris, Lloyd Farnham
**Attorneys for Defendant:** Brian Getz, Eric Krebs
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [X] In Custody  [ ] Not in Custody

**Deputy Clerk:** Angella Meuleman   **Court Reporter:** Belle Ball
**Interpreter:**   **Probation Officer:**

## PROCEEDINGS

Jury Trial, Day 5 – Held.

## SUMMARY

Witnesses: Ehran Gunday Video Deposition, Rebeca Iavarone, Brian Swisher, Jason Richards, Philip Villanuea.

Admitted Exhibits: 37, 42, 43, 46, 69, 72, 78, 182, 188, 189, 215 thru 220, 222, 227, 239, 250, 253A thru 253H, 269, 280, 301, 270.

**CASE CONTINUED TO: January 22, 2020 at 8:30 a.m. for Further Jury Trial**.