1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO DIVISION

11

12   UNITED STATES OF AMERICA,              )   No.  CR 18-0310 EMC
                                            )
13          Plaintiff,                      )
                                            )
14       v.                                 )   [PROPOSED]
                                            )   **ORDER TO SHOW CAUSE**
15   LAWRENCE GERRANS,                      )
                                            )
16          Defendant.                      )
     _____)

17

18

19          Having considered the United States' Ex Parte Motion for Order to Show Cause Re Contempt,

20   the Court HEREBY ORDERS as follows:

21          Defendant Lawrence Gerrans is directed to appear before this Court on February 26, 2020 at

22   2:30 p.m. to show cause as to why he should not be held in contempt for violation of the Court's August

23   24, 2018 Protective Order entered in this case.

24          Defendant Lawrence Gerrans is directed to immediately return to the United States, or to his

25   counsel, all documents and materials he received during the criminal case.

26          A copy of this Court's Order to Show Cause shall be served on Shelly Gerrans by the United

27   States and Shelly Gerrans is ordered to appear before this Court on February 26, 2020 at 2:30 p.m. to be

28   advised and admonished regarding the Court's Protective Order.

1        Shelly Gerrans is directed to immediately return to the United States, or to counsel for the

2    defendant Lawrence Gerrans, all discovery documents and materials related to the criminal case she

3    received from anyone, including Lawrence Gerrans, including any discovery files copied to her

4    computer.

5        IT IS SO ORDERED.

6

7

8    DATED: February   21  , 2020

                                                _____

9                                                   HON. EDWARD M. CHEN
                                                    United States District Judge