UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** February 26, 2020     **Time:** 2:34-3:18= 44 Minutes     **Judge:** EDWARD M. CHEN

**Case No.**: 18-cr-00310-EMC-1     **Case Name:** USA v. Lawrence J. Gerrans

**Attorneys for Government:** Robin Harris, Lloyd Farnham
**Attorneys for Defendant:** Eric Krebs, Brian Getz
**Attorney for Shelley Gerrans:** Michelina Perani
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [X] In Custody  [ ] Not in Custody
**Also Present:** Shelley Gerrans

**Deputy Clerk:** Angella Meuleman     **Court Reporter:** Belle Ball
**Interpreter:**     **Probation Officer:**

**PROCEEDINGS**

Order to Show Cause Hearing – Held.

**SUMMARY**

Government reported various sensitive documents subject to the Protective Order in this case are in the possession of Shelley Gerrans and shared with Defendant's father in violation of the Order.

Shelley Gerrans took the witness stand and gave sworn testimony. Ms. Gerrans testified she did not give any of the subject documents to Mr. Art Gerrans (father). AUSA Robin Harris and the Court examined Ms. Gerrans.

Court **ordered** the parties to meet and confer to work out return of all sensitive material as required by the Protective Order. All such documents in flash drives or any item that's on Ms. Gerrans' phone, her laptop, her childrens' computer, Mr. Gerrans' laptop needs to be deleted or returned to the Government, and followed with a Declaration so stating. The Government is to draft a proposed Order for the Court, listing items to be returned and to also draft the proposed form of Declaration for Ms. Gerrans to sign, and any changes to the Protective Order. Parties to meet and confer and stipulate.

The Court admonished Ms. Gerrans against further possession or accepting any confidential documents she may receive or come in contact with.

Noted: Shelley Gerrans turned over a stack of documents to AUSA Harris.