DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ROBIN L. HARRIS (CABN 123364)
LLOYD FARNHAM (CABN 202231)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7321
    Robin.Harris2@usdoj.gov
    Lloyd.Farnham@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>LAWRENCE J. GERRANS,<br>a/k/a LARRY GERRANS,<br><br>    Defendant. | CASE NO. 3:18-CR-00310 EMC<br><br>[PROPOSED] ORDER RE DISSEMINATION OF MATERIALS UNDER PROTECTIVE ORDER |

On February 26, 2020, the Court held a hearing regarding an Order to Show Cause issued on February 21, 2020 and the United States' Motion for an Order to Show Cause re Contempt. Defendant Lawrence Gerrans appeared, represented by counsel, and defendant's wife Shelly Gerrans appeared, represented by separate counsel. Shelly Gerrans was questioned under oath.

Based on the materials submitted to the Court by the government, the representations and proffers of counsel at the hearing, and testimony at the hearing, the Court HEREBY ORDERS the following:

1  All provisions of the Protective Order in this case, entered on August 24, 2018, remain in effect. In addition to the existing provisions of the Protective Order, the defendant Lawrence Gerrans shall not be in possession of the following documents and materials, except in the presence of counsel:

  All FBI 302 interview memoranda and any other documents provided to the defense counsel in this case by the government that reflects statements made by witnesses.

In addition, the defendant Lawrence Gerrans is ordered to return to his counsel forthwith all of the above materials that are currently in his possession or control, including in paper or electronic form.  The defendant is ordered not to provide or disseminate any materials produced by the government in this case to anyone other than his counsel representing him in the criminal case.

  IT IS FURTHER ORDERED that Shelly Gerrans is directed to return to the government, through her counsel, all discovery materials produced by the government in this case, including all paper copies and any digital media containing electronic copies of the materials.  Paper copies of materials were provided by Shelly Gerrans to the government in court at the hearing on February 26, 2020, but any additional discovery materials including paper copies must be returned forthwith.

  In addition, Shelly Gerrans is ordered to delete any electronic copies of discovery materials, including FBI 302 interview memoranda, stored on any electronic device or computer in her possession or control, including copies sent or received by email.

  Within 10 days of the date of this Order, Shelly Gerrans shall submit to the government and counsel for defendant Lawrence Gerrans a declaration, signed under penalty of perjury, certifying and confirming that she has returned or deleted all paper and electronic copies of discovery materials provided by the government to the defense in this case.

  The government is directed to provide this order to counsel for Shelly Gerrans by electronic means, and to file a certificate of service.

  IT IS SO ORDERED.

DATED: March 3, 2020

_____
HONORABLE EDWARD M. CHEN
United States District Judge

Approved as to form:

DAVID L. ANDERSON
United States Attorney

_____/s/_____
ROBIN L. HARRIS
LLOYD FARNHAM
Assistant United States Attorneys


_____/s/_____
ERIC KREBS
Attorney for Defendant Lawrence Gerrans


_____/s/_____
MICHELINA PERANI
Attorney for Third-Party Shelly Gerrans

[PROPOSED] ORDER
3:18-CR-00310 EMC

3