SHAWN HALBERT (CSBN 179023)
214 Duboce Avenue
San Francisco, California 94103
Telephone: (415) 703-0993
shawn@shawnhalbertlaw.com

Attorney for Defendant Larry J. Gerrans

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 18-00310  EMC |
| v. | REQUEST TO CONTINUE DUE DATE FOR DEFENSE RESPONSE TO UNITED STATES' OPPOSITION TO DEFENDANT'S NOTICE FOR RELEASE TO MARCH 26, 2020; [PROPOSED] ORDER |
| LARRY J. GERRANS, | |
| Defendant. | |

**BASIS FOR REQUEST**

On March 17, 2020, prior counsel for defendant Larry Gerrans filed a Motion to Set Terms of Release Pending Sentencing. The government filed it Opposition on March 20, 2020 and defendant's Reply is currently due on March 23, 2020.

On March 20, 2020, undersigned counsel filed a Notice of Appearance of Counsel and Substitution of Counsel. Later that day, counsel reviewed the government's opposition to the defense motion for release.

The defense agrees with the government that Mr. Gerrans' current medical condition is relevant to the defense's motion for release. Undersigned counsel has not yet been able to meet with Mr. Gerrans,

1

Request to Continue Date for Defense Response; [Proposed] Order
CASE NO. CR 18-00310  EMC

1  but she is hoping that she can at least get signed medical releases from him on Monday, March 23, 2020
2  so that she can attempt to obtain and review his medical records, which she has reason to believe may be
3  relevant to the defense's motion for release. If counsel is able to get the records quickly, she can file the
4  Reply earlier than March 26. There is no prejudice to the government in continuing the due date of Mr.
5  Gerrans' Reply as Mr. Gerrans is currently in custody at the San Francisco Jail.

7  Dated: March 23, 2020                                         Respectfully submitted,

                                                                  _____/s/_____
                                                                  SHAWN HALBERT
                                                                  Counsel for Defendant Larry J. Gerrans

27                                                2

28  Request to Continue Date for Defense Response; [Proposed] Order
    CASE NO. CR 18-00310 EMC

[PROPOSED] ORDER

For good cause shown, IT IS HEREBY ORDERED that the date for the defense response to the Government's Opposition to Defendant's Motion to Release shall be continued to March 26, 2020.

Date: _____

_____/s/_____
Honorable Edward M. Chen
United States District Court