SHAWN HALBERT (CSBN 179023)
214 Duboce Avenue
San Francisco, California 94103
Telephone: (415) 703-0993
shawn@shawnhalbertlaw.com

Attorney for Defendant Larry J. Gerrans

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. CR 18-00310  EMC |
| v. | [PROPOSED] ORDER REGARDING JAIL RECORDS, INCLUDING MEDICAL RECORDS, OF DEFENDANT LARRY GERRANS |
| LARRY J. GERRANS, | Court: Honorable Edward M. Chen |
| Defendant. | |

### [PROPOSED] ORDER

For the reasons stated on the telephonic, recorded hearing before this Court on April 2, 2020 and for good cause shown, IT IS HEREBY ORDERED THAT the Alameda County Sheriff's Department and the San Francisco County Sheriff's Department shall produce to attorney Shawn Halbert the following records: (1) all jail records relating to Larry Gerrans' conduct while at Santa Rita Jail and/or San Francisco County Jail, including any disciplinary write-ups; and (2) any and all medical records for Larry Gerrans including records relating to his physical health and/or his mental health in the possession

/ / /

/ / /

/ / /

1

[PROPOSED] ORDER
CASE NO. CR 18-00310  EMC

of Santa Rita Jail and/or San Francisco County Jail. The material may be emailed or faxed to Ms. Halbert.

IT IS SO ORDERED.

DATED: April 2, 2020

_____
Honorable Edward M. Chen
United States District Court