SHAWN HALBERT (CSBN 179023)
214 Duboce Avenue
San Francisco, California 94103
Telephone: (415) 703-0993
shawn@shawnhalbertlaw.com

Attorney for Defendant Larry J. Gerrans

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. CR 18-00310 EMC |
| v. | UNOPPOSED *EX PARTE* MOTION TO CONTINUE SENTENCING DATE TO OCTOBER 7, 2020; [PROPOSED] ORDER |
| LARRY J. GERRANS, | |
| Defendant. | |

**UNOPPOSED *EX PARTE* MOTION TO CONTINUE SENTENCING DATE**

Defendant Larry Gerrans hereby moves this Court to continue the sentencing date to October 7, 2020. Separately but relatedly, the defense will move the Court to order that the Los Angeles Metropolitan Detention Center provide attorney access to Larry Gerrans in the meantime, as the lack of access is the basis for the request for a continuance. The government does not oppose the request to continue the sentencing hearing to October 7, 2020, but does object to a continuance beyond that date. The government objects to any further motions or filings with the Court during this extended period of time, save and except that the parties' sentencing memoranda will now be due on September 30, 2020. The government takes no position on the defendant's request for an order providing defense counsel with at least two telephone calls per week through sentencing.

1
Unopposed Ex Parte Motion to Continue Sentencing Date to October 7, 2020; [Proposed] Order
CASE NO. CR 18-00310 EMC

The basis of the request for a continuance is that since Larry Gerrans was moved to the Los Angeles Metropolitan Detention Center more than one month ago, undersigned counsel has been able to speak to him only one time, on August 20, 2020.[1] Undersigned counsel has contacted the jail numerous times over the past month to request legal calls. For a period of a few days approximately two weeks ago, counsel was communicating with a specific person at the jail but that stopped suddenly, and for a few days approximately three weeks ago, counsel received calls at her office number (rather than her cell phone) in order to set up a call with Mr. Gerrans; however, both before and after those isolated communications, the only responses to the defense correspondence requesting legal calls (as per the regulations) are automated email responses. Further, defense counsel learned on August 28, 2020 that the entire contents of a package that she sent to Mr. Gerrans that included an attorney-client letter, the Court's July 31, 2020 Order, briefing on the Forfeiture motion, as well as a waiver for Mr. Gerrans to sign and return to counsel, was either thrown away or will be returned to counsel because counsel included a self-addressed envelope (the package included stamps for Mr. Gerrans to send the signed waiver back to counsel). Undersigned counsel has not been able to discuss with Mr. Gerrans the standard matters that counsel needs to in order to prepare for sentencing, which is why she is requesting a continuance.

The government does not oppose the request for a continuance of the sentencing date to a date no later than October 7, 2020, as noted above, but as also stated above, does object to any further motions or filings with the Court during this extended period of time, save and except that the parties' sentencing memoranda. As the defense disclosed to the government, Mr. Gerrans' counsel does intend to file a motion for Mr. Gerrans' release to be heard at the sentencing hearing. This could be filed on the same time line as the sentencing memoranda or on a two-week hearing schedule. The defense intends to file this motion regardless of the sentencing date but believes it is appropriate for it to be heard on the sentencing date.

///

---

[1] By her electronic signature below, undersigned counsel Shawn Halbert avers that the facts stated in this Unopposed Motion are true and correct to the best of her knowledge.

U.S. Probation Officer Jessica Goldsberry is available on October 7, 2020 in the afternoon, as she has another sentencing on the morning of October 7.

Dated: September 1, 2020                          Respectfully submitted,

                                                    /s/
                                    SHAWN HALBERT
                                    Counsel for Defendant Larry J. Gerrans

**[PROPOSED] ORDER**

For good cause shown, IT IS HEREBY ORDERED THAT the sentencing date in this matter shall be continued from September 16, 2020 to October 7, 2020.

DATED: _____    _____
Honorable Edward M. Chen
United States District Court