# LAW OFFICES OF SHAWN HALBERT

214 DUBOCE AVENUE
SAN FRANCISCO CA 94103

Honorable Edwards M. Chen
United States District Court, Northern District of California

September 21, 2020

**RE:  Updated Jail Records Request,** *United States v. Larry Gerrans,*
       **CR 18 – 00310 EMC**

Your Honor:

    This Court previously granted defense counsel's oral request for an Order for Mr. Gerrans jail records (including medical records) on April 2, 2020 and issued an order on the same date. Dkt. 175. I am submitting an updated and modified Proposed Order to include Marin County Jail (which I forgot to include in the prior proposed order) and the LA Metropolitan Detention Center, where Mr. Gerrans has been since late July 2020, and to obtain any records relating to Mr. Gerrans' designation.

    I am submitting a letter rather than a motion as the proposed order is an update of a previously issued order.

Sincerely,

*/s/*
SHAWN HALBERT
Counsel for Defendant Larry Gerrans