UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAWRENCE J. GERRANS,<br><br>Defendant. | Case No. 18-cr-00310-EMC-1<br><br>**ORDER DENYING EX PARTE MOTION TO STRIKE MATERIALS FROM THE FINAL PSR PRIOR TO THE DUE DATE FOR SENTENCING MEMORANDA AND CONTINUING SENTENCING DATE**<br><br>Docket No. 293, 294, 295 |

The Court **DENIES** Mr. Gerrans's Ex Parte Motion to Strike Materials From the Final PSR Prior to the Due Date For Sentencing Memoranda. The sentencing hearing is **CONTINUED** to November 4, 2020 at 9:30 am. There will be no further continuances. All sentencing memoranda and supporting materials shall be filed no later than October 26, 2020. No other motion shall be filed without leave of court. This order disposes of Docket Nos. 293, 294, and 295.

**IT IS SO ORDERED**.

Dated: September 29, 2020

_____
EDWARD M. CHEN
United States District Judge