To: Honorable Judge Edward Chen,

I am writing this letter to you on behalf of my father, Lawrence Joseph Gerrans. My father is a man of many talents. He is intellectual, athletic, quick witted, compassionate and loving. One thing he is not, violent. Lawrence, or Larry as I called him when he first entered my life, is someone who is filled with nothing but love, you see, Larry isn't my biological father. However, he has done more for me, than any father could hope to do for their sons. He came into my life when I was around 6 years old. It was weird seeing someone date my mother at that age, I had a lot of resentment and frustration towards Larry in the early stages of their relationship.  I did my best to push his buttons and see what I could get away with. Larry never faltered. He was always there with a big smile, trying to get me to see that he was there not just for my mom, but for me as well. Day after day, month after month, he stuck around… for us both. The more time we spent together, the more I came to accept him as someone that was going to be in my life for a long time. As the years went by, I slowly started feeling a little strange calling the man who has been the only father figure I had really known, by his first name. I started calling him dad around 10 years old, but he had treated me as his son from the first day he met me. When I was 12 years old, he asked me if I wanted him to adopt me and become my legal guardian. Without hesitation I said yes. This man, who was barely old enough to begin starting a family, just committed himself to a pre-teen boy for the rest of his life. Growing up he introduced me to football, which I grew to love and pursued all the way to the college level, in no small part because of his desire to help me achieve my goals and give me whatever resources I needed to succeed. We bonded over sports, but he became my father through love. He was always the first person to congratulate me when I was victorious but was also there to catch me when I lost. Never one to use violence or anger as a teaching method, but rather using failure as an opportunity to help me learn from my mistakes. I was present through my father's whole trial. It was gut wrenching to have to sit there and listen to things said about him that could not be further from the truth. My father is a loving man, one of high moral character and values.  He has raised 5 children, two of us whom are not even his biological children, and we can all attest to his love and compassion. He has coached multiple athletic teams from my little league, to my sister's youth soccer, and not a single player would have a negative word to say about him. In regards to the recommended sentencing, I urge you to consider the life of service he has given to the medical industry. To take into account his desire to cure lung cancer at all costs. And to above all else, look at the family and friends who have gone to trials, written letters, and spent precious time to exonerate his name. People who treat others badly don't have that many people in their corners. Just look at the other side of the courtroom…

With the utmost regard,

Brandon Gerrans

To whom it may concern,

The smartest man I have ever known once told me, "God gave you two eyes, two ears and one mouth; to use in that order." I am not entirely much of a conversationalist. I am not fond of small talk and I find it easier to avoid conversations amidst peers in regards to personal beliefs and political stance. It is far too easy to find disagreement in the mundane as much as it is to lose interest in ones historically documented personal details. In essence, I observe, listen and speak only when something more important than mere opinion is called upon to do so. There is a fire in my soul that has called upon me to write this. I have not spoken on it much, but I have observed every aspect of the topic at hand, and in great detail. There is a man in need of salvation and a family in gut-wrenchingly painful emotional turmoil at the moment. The man is Larry Gerrans and that family is my own.

Some will argue that blood is thicker than water. Some say that you get to choose your family. I believe both to be true. You see, I have (had) two sets of parents. I grew up with my biological father and visited my Mother and step-father (Larry) twice a year. My bio father was a drinking man- non-violent and very paternally invested, however emotionally detached and therefore emotionally unavailable for the better part of my life. I did not in anyway benefit from his emotionally selfish habits, except to learn that if a lonely, isolated existence is desired, anyone who shortly seeks such can easily find it. I knew him but I didn't *know* him. I believe he deprived himself of support in order to further distance himself from the pain of this frequently cruel world. When I was old enough, at the age of twelve, to understand the importance of stability and family unity, I moved in with Larry and my mother. I had called him Dad for so many reasons. If I had to define him in a word, that would be that- FATHER. A fathering light of guidance and wisdom. A rock, a stable venture into a big world I knew hardly anything about. I had no idea how much he would do for me, teach and inspire me to simply live and thrive in world that didn't owe me a thing.

Growing up I found that my true nature was empathetic, cautious and more often than not I was scared out of my mind for no apparent reason, at all times. I grew out of that, but I believe in my heart of hearts I wouldn't have, had I not had my Dad Larry in my life.

Have you ever sat in a room with one person and felt like nothing could harm you? Not your nightmares, fears, past enemies, not even God's vengeance itself? I have. His name is Larry Gerrans and I took his last name when I was thirteen because I wanted to embody the man who taught me self-esteem, moral and ethical premises, to look into myself and against all

odds, fight my battles with integrity and pride. To allow no one, not one single person to affect my duty in this life, and that was to be kind, honest and true in every venture. To work harder than those around me, to admit when I am wrong and to "know better" therefore always doing better. He taught me to measure twice and cut once. To know what I stood for, so that I wouldn't fall for anything. To take risks and be "that female entrepreneur," that female police officer, that female doctor. The world was my oyster because I had a man who looked me in the eye and stated that no matter what he would always be there. He has always held true to that promise. I am twenty-eight years old and, while grown and financially and emotionally independent, I will never outgrow the need of my father's comfort and guidance. People do not out-grow the need to be loved. No one ever outgrows the necessity of a parent, and the psychological trauma of losing a father for a young woman is debilitating. I have lived this and I currently am reliving a loss so painful and confusing there are simply not words, but poetry to define the imbalance.

My biological father died of suicide when I was twenty one years old. I did not know a lot about him, but I knew I loved him and that he loved me, as well as everyone who had every been kind to him.

A father's love is an unrelenting force of God's beauty on this earth. Larry and I have had a complicated relationship all these years. I look back on the beauty of our relationship and it was a dance of compromise. He always helped me, but he did so much more… he taught me to help myself. I took pride in being the rebel. The one who didn't fit in, the animal lover and book worm, the silent one, always seeing what the world was doing and how I could evade a status quo lifestyle from the "typical." I wanted different, unique and soul-wrenchingly meaningful substance in my life. When I was a kid and they asked me what I wanted to be when I grew up. My response was "happy." They say I didn't answer correctly but I debate they didn't understand the question. Everyone's association of happiness is going to be different. I found happiness in family unity. In finally fitting in, even when we don't see eye to eye. In seeing my sisters' elated smile and respite from the worlds frustration when Larry, OUR FATHER was around.

The world feels unsafe when your father is taken away from you. It is a grief and complex connotation of deprivation that I wish transcended the importance to explain. However it is so important it must be explained. My world shattered when my biological father died. I lost myself and nearly lost my will to live. I sat in the front pew of my hometown church, holding his then four year old daughter, my sister Sierra, who kept me sane in that moment. I could not tell if I held onto her with such grounding force for her benefit or mine.  The two needs of comfort and to be comforted blended with such astounding confusion I felt I would dissipate to nothingness if I let go. In January of last year I did the same thing at my father's trial in San

Francisco. Instead of accepting a father's lost life by his own hand, I awaited rather impatiently for twelve strangers to decide the fate of my father and lifelong best friend, Larry. To decide if our family would struggle along in pain without him, or if, by the Grace of God be reunited and breathe life back into our familial unit. We are a knitted family, I one piece, and they the others. However our bonds are ne'er weakened. He is my father and within my heart I carry a confidence and perseverance I would not otherwise have. I feared for my three young sisters when I, again, held onto the youngest in the front row of that court room, and watched my father be led out to an unknown location for an undetermined length of time. I relived a loss that haunted me for the "best years of my life." I stood, again awaiting a painful reality that took deep root and set in betwixt every beat of my heart. I have lost two father's without a goodbye. With not one shred or semblance of peace and willingness.

I looked to my sister's, my brother and mother and felt that, after all I had grown through, all the pain and confusion, that I could protect them. That I could save them from a loss I knew merely in partial. The moment I had the thought I knew it was in vain, we chisel and hollow out parts inside of ourselves for pain this deep. A resurrection is needed. How does the military save themselves when their commander in chief is removed? How does one find their way when the map is destroyed? Our father has been taken and the light of hope and future endeavors dulled and in comparison, dissipated from consciousness. Losing a legal case is one matter, you get a winner and a loser. Losing a parent has no benefit. I feared my sister's would wake in the night terrorized that their father is inaccessible and removed from their everyday life- and they have. The house is not home without him. The world is no longer our oyster to nourish and love, it is a trove of devastatingly painful memories and fears of the future. A future without the light that guided us this far. If anything, and not in a dramatic sense, we are nothing without him. I believe in my heart of hearts that a father removed from his family is nothing. He never *left* us. You have taken a shepherd's herd and slaughtered his calling, his purpose. We are not lost sheep by any means. We are a strong and determined family built of survivors and we do not  fear work or God's will for us. We do however, fear for our father's spiritual well being and lack of stability in jail. He never took from or burdened anyone. He left all things behind him better than the matter in which they were found. He built people up. He raised us as women to be strong and mature in a man- powered multiverse of deception and corruption that is government and politics. We were pressed to think critically and to love with everything we have. But a light has gone out. There are blurred edges at the periphery of our consciousness because we have lost our father.

I live in fear again, not for myself but more for my sisters in a way that leads me to believe in God more than ever. If you, who is reading this, has the power of knowledge and empathy in your heart, I urge you to understand that you single handedly hold the capability to simultaneously harden and damage the hearts of three innocent, impressionable teenaged girls who are destined for absolute greatness. They need their father. Though I cannot say with certainty what our fate is in this world until it is over, I know my fathers fate is not within the judicial system. He is an intelligent, compassionate and incomprehensibly loving person. He deserves the same second chance that he has gifted me, time and time again as the outcast and socially inexcusable recluse of the family. No one understands and loves me for who I am the way he does. To look in my eyes, knowing we are so vastly different human beings to the core, and residing that we would go to the ends of the earth for each other is something that my sisters simply cannot be deprived of. They plainly put, should not know a world without that love as I have had to learn it. I know not what I need say or recommend to inhibit the pain of loss for my sisters and mother with this burden. I know only what I have always known, and that is good people do good things. Someone can help our family. Someone can step in and make a judicial call to arms, to revive and breathe life back into a faltered system that seeks not to change but to punish. People change. They are worth the effort, every ounce of love and compassion you feel for your own parents and children can be transferred to us, if only the correct means and references.

I ask for your support and understanding, not out of selfish desire, but because I have walked a life without my biological father and will for the rest of my life, be adapting to a world without him in it. I ask you do not condemn these girls to see only darkness when it comes to family gatherings and holidays. No birthday, first kiss, driver's license or bad day is ever remedied by missing your father. Please, I pray God, you hear my prayer for my family and seek within yourself to be a protection for us.

Sincerely with gratitude and warm regards,
Sarah Gerrans

October 23, 2020

Adam Sabatini
67-008 Kaimanu Pl.
Waialua, HI 96791

Honorable Edward Chen
United States District Court
Northern District of California

Der Judge Chen:

Larry Gerrans is one of the most respectful, kind, caring men I have ever met.  He is also one of the most giving men I know. I've known him ever since I could remember and he's been nothing less than amazing. After my dad passed away, he continued to care for and take care of my family.  We spent a lot of time with him and his family since I was very young and saw him and his family many times each year growing up.  In 2017 he took me hunting on Lanai for a youth hunt and I had the most amazing time ever! I remember when we were in the grocery store he bought food for the people behind us.  He never made anyone feel anything but loved.  He is the kindest, most generous man I've ever met, even to other people he's never met.

Please be kind in deciding his sentencing. This is a good man and I miss having him in my life.

Sincerely,

Adam Sabatini

10/23/20

Honorable Judge Chen,

My name is Patrick Gerrans and I am Larry Gerrans' youngest brother.  I am writing this letter to you in regards to the upcoming sentencing of Larry.  I want to make it clear that I understand Larry was charged, tried before a jury of his peers, and convicted of the crimes against him.  This is a fact of the circumstances; I work for a law enforcement agency and understand the ramifications of such judgements made against him.  This letter is not to convince you in any way of Larry's innocence but perhaps a glimpse of Larry's character, the person we've come to know throughout our lives.

Larry has been a figurehead for this family for a while now.  That role had always been bestowed upon our father, but in the last several years when our family and our father fell upon hard times, Larry was the person to step to the forefront to help.  This was not a role we asked of him, but a role he volunteered for and accepted without pause or complaint.  My sister has struggled with mental health and drug addiction.  This is not a comfortable issue to discuss.  When she was at her lowest point, in the hospital, unable to care for herself, and far from home, Larry immediately sprung into action and went to her aid and helped in moving her back home.

I remember when I, my brother Robert, and our parents were stranded after our car had been stolen.  Late in the night and frightened (at least frightening for my brother and I because we were so young), Larry didn't hesitate.  He showed up despite working long hours and having his own family at home.  And he showed up not just with himself, but with hot chocolate, donuts, and blankets for a cozy ride home.  The manner and method of his response may seem trivial, but it underscores the way Larry thinks.  He was as concerned with helping people as he was making them feel safe and comfortable at a distressing time.

Our brother, Chris, had his own struggles and worked very hard to straighten his life out; it was a long road forward for him, but he worked hard.  Larry reached out to Chris to give him what appeared to the rest of us as an opportunity to succeed.  For a while that appeared to be true as Chris married and had two children of his

own.  It is clear to see that this partnership ended up being the structural failure for both of my brothers, but I do believe that Chris' initial hiring was out of a sense of familial duty and need to help and encourage another member of our family.  I wish that professional relationship transpired different, to say the least.

When our father fell even more ill than he had previously been, Larry was the person to step forward.  Our father had been battling atrial fibrillation and many side-effects from failed procedures.  He was at the end of his options.  Larry stepped in and urged our father for a second opinion and further evaluation.  Larry personal accompanied our father to Minnesota for this and supported our father during this time.  Our father is still with us, undoubtably, because Larry put forth the effort to help when help was needed.  Larry's strength of character to help people saved our father's life.

Time and time again, Larry has been there for our family.  Larry has always had a natural ability to find energy for those around him, not just within his own family. I understand that Larry is convicted of crimes and there is inevitably a punishment for those crimes.  This is also the first time Larry has been convicted of any crimes. Larry has been incarcerated for well over one year now and did not have a chance to spend a last bit of time with his wife, son, and daughters.  Larry also did not have a chance to say goodbye to his father, who is unfortunately in a state of deteriorating health.  A lengthy sentence may well forfeit Larry the opportunity to say goodbye to his father at all.  Larry saved his life once; I do humbly request consideration for a first-time conviction so as not to permanently separate Larry from his father, and also deprive him from the formative years of his daughter's lives.  As a law enforcement officer, I know how important it is to have both parents in the home for the stability of young children.

I love my brother.  I miss my brother.  That still cannot compare to how much he is missed by his wife, his son, his daughters, and his father.  Larry has made the biggest mistake of his life.  Larry's life will never be the same.  But we will be there for him to assist him in being a productive, positive member of society because he has been there for us, all our lives.  I humbly request consideration in his sentencing.  Even with the mistakes, he is a cornerstone of our fractured family and we need him.

Darin Paul Smith
302 S. 4th Street
Flagstaff, AZ  86004


04/04/20

RE: Larry Gerrans

To The Honorable Judge Chen

I first met Larry in 1993, when he and my sister (Shelly) started dating.  I was young and still in high school at the time. Although it would be a year or so before I really got to know him for who he is as a person. Larry would go on to merry Shelly in 1999, adopt her first born (Brandon) and raised him as his own.

I understand and respect that Larry was found guilty by a jury. I would just like to offer a more complete picture of who I believe Larry to be and that is someone who is far more than the offence he was found guilty of.  From the very beginning Larry has always felt like part of this family and a brother to me, while in school I was broke (like most college students) and on more than one occasion I reached out for financial help and he extended his hand without question. In 2004 I was diagnosed with a Pituitary Brain Tumor and would need to have it removed quickly.  I was 26 years old, newly married w/ 2 kids, self-employed with no insurance.  I was scared, and our State Provided Ins. (Access) was sending me to a Surgeon that had never performed the procedure before, this added some anxiety to the whole thing. Larry reached out to me and introduced me to one of the top surgeons in the country, Dr. Kumar at UCSF.  Still with no Ins. the out of pocket cost would not be affordable, so Larry again reach out to UCSF and Dr. Kumar and got them to reduce my cost to something affordable for me, this saved me tens of thousands of dollars and allowed me to get the surgery I needed.

This is just my story; I know over the years I've heard of several others and would guess that there is 100s just like mine.  As a man of faith, Larry helps people that's what he has always done and I know I'm better off today because he is in my life.  I do hope this helps show a small part of who Larry is and can still be, and hope that you can consider all the people out there that are alive and better off today because of the help and support of Larry Gerrans.

Thank you for taking the time to read my story of how Larry has helped me.  I would be more than happy to share more with you or help out an any way.


Sincerely,


Darin P. Smith
(928) 606-0557

**Michael & Nicolle Dougherty**
**20 Chateau Place**
**San Rafael, CA 94901**

October 21, 2020

Honorable Edward M. Chen
United States District Court, N.D. Cal.
450 Golden Gate Avenue  San Francisco, CA 94103

Re: Lawrence Gerrans

Dear Judge Chen,

This letter is in regard to Lawrence Gerrans and the long relationship my family and I have had with him. This letter is intended to express what a great guy Larry is, how much he sacrifices for our community and kids, explain our regular interactions, and trips taken with him. Larry is a good man and has been a loyal, committed family friend for years.

I have known Larry for 10 years, and have had continual contact with him socially, on sporting fields, at Marin Catholic High School, and on numerous hunting trips to Colorado. Our families are very close, as our children attended the same high school at Marin Catholic in Kentfield, CA. Our families have shared many dinners over the years, and we have enjoyed knowing the Gerrans and consider them very good friends. My oldest of four children, Reagan, has been great friends with Haley Gerrans for years. Larry has coached two of my daughters in sport, and was a great coach. He put a great deal of time into the kids, and had a great ability to get the most out of them, was a great leader and role model for the girls, and provided for a great experience for kids and parents alike. He has always been generous with his time, and always goes the extra mile when anyone needs anything.

On our hunts in Colorado, Larry was one of 7-10 friends hunting in the Rocky Mountains, and living in a small cabin with the group. Larry was always a good friend, conscientious of others in the group, helpful in all situations, and always was there for his friends. There are numerous examples of Larry's greater concern for the group or an individual, then him worrying about himself or his own hunt. I specifically remember multiple situations where a hunter's radio wasn't working, and Larry left his location to go check on another hunter/friend. He was selfless out there, and day in and day out, he was a great and steady friend there.

I can honestly tell you, Larry is a good man, a great father, a great friend, helps those around him, and always offers a helping hand when anyone is in need. If anyone in our community needed anything, Larry was the first to jump in a car, call friends, and find a way to help. He is truly a value to our community.

Best regards,


Michael Dougherty                                                    Nicolle Dougherty

October 23, 2020

Dear Judge Chen,

I wanted to take a moment and write this letter on behalf Larry Gerrans. I met Larry about 5 years ago thru a mutual friend of ours and connected the moment we met. His big smile and laugh were infectious.

Over the past five years we've attended many dinners together here in Marin at Chalet Basque and took trips together to Colorado for an annual hunt in Colorado. Through those events I got to know Larry well. He is one of the most unselfish people I've ever met, always putting his friends and family first.

A couple years back, I had pulled a muscle in my lower back and had a real tough time walking, this happened right before we were supposed to leave on our trip to Colorado. I happened to be talking to Larry over the phone one evening and let him know how my back had been bothering me quite a bit. Larry said, I'll be right over. No hesitation, I never even had a chance to say for what.  He got in his car and drove 30 minutes to my house in Novato to bring me a back brace. Larry apparently had back issues himself at one point and wanted let me borrow his back brace to help me out. He dropped what he was doing and went out of his way to help a friend. I bring this up because this is the kind of guy Larry is. He is always looking to help others, regardless.

I know Larry is a good man with a big heart. I bring this up because I am 51 years of age, grew up in the neighborhood of North Beach in SF. Many of the friends I have today are kids I went to kindergarten with back 45 years ago. Larry did not go to Kindergarten with me and I've only known him for 5 years, however he may as well have. It is as if I've known him for 45 years. Larry is that kind of man, he's left an impression on me and my family and he will continue to be my friend for years to come.

Sincerely,

Claudio J. Cipollina
129 Santa Maria St
Novato Ca. 94947

October 23, 2020

Your Honorable Judge Chen,

Larry is my older brother by 13 years. My whole life Larry has been someone that I have admired, looked up to and he looked out for me. Larry is a good listener, understanding to life's circumstances and will tell you when he has no idea what you're going through, but will always offer sound reasonable advice.

I see Larry as a loving husband to Shelly and loving father to his five children and a great uncle to my three children. Larry is always willing to help those in need, family, friend or stranger. I mentioned this in a previous letter to the court but I can't reiterate enough that his love, admiration, and fun he had as a dad shaped my want to be a father.

The whole case Larry and my brother Chris find themselves in regarding Sanovas has hurt our whole family. I am a police officer and absolutely respect, and believe whole heartedly in the process of the justice system and the hard jobs everyone has in the process.

Sir, I know my brother's heart, he is a good person. The thought of many years in prison for him breaks my heart. I hope for your thought of leniency when considering his sentence. Thank you for your time your honor.


Very Respectfully,

Robert Gerrans

(415) 246-0624

Angela M. Christian
120 Grayson Way
Healdsburg, CA 95448
Angelamariec7@gmail.com

October 21, 2020

Honorable Edward M. Chen
United States District Court, N.D. Cal.
450 Golden Gate Avenue
San Francisco, CA 94103

Re: Larry Gerrans

Dear Honorable Edward Chen:

I met Larry Gerrans and his family in September 2013 when my daughter, Nikyla, (age 8 at that time) and I moved to Kentfield, CA. Larry was Nikyla's soccer coach and he and his wife, Shelly, were quick to welcome us to the community and team. Nikyla quickly became friends with Larry & Shelly's daughters, forming a bond with all of them. I considered Larry and Shelly to be our friends, even extended family. Their oldest daughter began babysitting my youngest daughter and she told me about Sanovas. I decided to invest at that time because I believed in Larry and his vision. I also encouraged my family and friends to invest.

Being a single, working mother in a new place was not easy. I don't know what I would've done without the support and kindness bestowed upon us by the Gerrans family. Nikyla would spend long weekends with them, Halloween, and continued to be on Larry's soccer team through the Fall 2018 season.

Larry provided a strong and supportive male presence in my daughter's life and she highly respected him. He gave his whole heart to the soccer team, even though he was working hard and long hours at his company. He taught these girls how to be respectful, how to be team players, and provided a sense of community and leadership. When he was on the soccer field with them, he was fully committed and present. I respected that about him and I will always be grateful for the generosity that he and his wife extended to me and my daughter.

I hope you'll consider this during Larry's upcoming sentencing.

Sincerely,

Angela M. Christian

October 23, 2020

Jamie Sabatini
67-008 Kaimanu Pl.
Waialua, HI 96791

Honorable Edward Chen
United States District Court
Northern District of California

Dear Judge Chen:

I have personally known Lawrence Gerrans for over 20 years and would like to share my opinion of the kind of person I have always known him to be.

In all the years I have known him, he has always been a very giving, generous person. He has a long history with our family and we consider him and his family as part of our family. He was one of my husband's best friends and we have spent a lot of time with him and his family over the years. My children consider him an uncle and my husband considered him a brother. He has always been a loyal friend and helped my children and I tremendously when my husband passed away 4 years ago. He made a great effort to be here for us and help us out when I needed to deal with getting my husband's affairs in order. He made time in his busy schedule and flew out to help me meet with lawyers and assist me with legal & financial issues. He has never asked for anything in return and has always been a devoted friend. From what I have observed over the years, he is an amazing father and husband and has shown himself to be a reliable and responsible person. I have never witnessed any aggression or violence from Larry and cannot imagine that what he is accused of is accurate in any way.

I hope that when you sentence Larry, you take into consideration Larry's history with the people closest to him, who know him best, and show him leniency. I believe he has been made out to be someone that he is clearly not, by people who have ulterior motives.

Sincerely,

Jamie Sabatini
(808)551-0706

October 25, 2020

**Subject: Character Reference For Larry Gerrans**

**To: The Honorable Judge Chen**

I have had the honor of knowing Larry Gerrans since 1984. We met during high school, and have connected throughout the preceding years. We have come to see each other more often in the past 6 years, as he has coached my nieces in youth sports, and his children entering into Marin Catholic High School, where I work.

Larry and I became acquainted through athletics in the football program at Novato High School. He was one year ahead of me, and was a great role model for the younger players. He was ambitious, talented, and able to play varsity football successfully as a sophomore. Off the field Larry was kind and encouraging to me and other younger athletes. I was a mid range athlete with a big heart. Larry would take time to talk to others and myself about the discipline and commitment it took to be successful on and off the field. Socially Larry never "big-timed" the underclassmen. I found this to be unique compared to other talented upperclassmen. His spirit and heart has stayed consistent through the years. Anytime I would connect with Larry, he would always inquire about my family, and my life in general. Connecting with Larry through the years has always been a positive and pleasurable experience.

In the recent years, I have had the opportunity to visit with Larry at his workplace. Knowing I am a cancer survivor, Larry, expressed his desire to help individuals defeat cancer. What really impressed me was finding out the level of support Larry afforded one of his employees who had been battling cancer. During her recovery, he supported her and helped others do the same. One of his driving goals was to find a cost effective way to support individuals who were fighting cancer.

I have visited Larry in the SF Jail a couple of time since he has been incarcerated. It has been sad to see him in there. The things that have stood out in my visits have been Larry's faith, and outward attention during a time of his own personal crisis. Larry is reading and sharing the Biblical gospel on a daily basis. He sees other inmate's troubles, is saddened by it, and goes out of his way to offer counsel. Larry has had much time to reflect on his life, his mistakes, and what really matters to him. During times of trouble

people turn to the most important things in their lives to guide them, and Larry has turned to his family and his faith.

I was surprised to hear the allegations against Larry. I have always known Larry to be a fun and solid individual who cares for others. I have never known Larry to be violent person, or to knowingly wrong anyone. I have seen Larry support his daughters through Marin Catholic High School academically and athletically. He has coached my nieces along with his daughters in youth sports (Larry was their favorite coach).

Larry has always had a big heart for his community and for people around him. He has earned my respect and friendship from the beginning. I hope that you can see the some of the same qualities in him that I have experienced.

Sincerely,

*Maziar Moayed*

*Head Football Coach, Student Affairs*

*Marin Catholic College Preparatory*

*675 Sir Francis Drake Blvd.*

*Kentfield. Ca. 94904*

*415-464-3800 W, 415-720-2477 C*



October 24, 2020

Dear Honorable Judge Chen,

I'm writing to you concerning my friend Larry Gerrans.  I'm a 25-year United Airlines pilot living in Marin County, CA.  I have a wife and two children.

I understand that sentencing for Larry will be on November 4th.  I urge you to exercise leniency in this matter.

I will tell you, without question, that I would welcome Larry into my house if he asked.  He is a man that I've always admired.  He's altruistic, enthusiastic, charismatic and I've always seen him as gentle, trusting man.  I will be honest and say that I was shocked with the outcome of his trial.  Suffice it to say, I can't imagine Larry as an individual that would (or could) ever pose a threat to the public.

I consider Larry a close friend, and I'm sad for his current situation.

Please consider leniency in Larry's sentencing.

Thank you very much for your consideration,

Mark Plaskon
United 787 Pilot
San Francisco, CA
415.225.7515

April 5, 2020

Attention:  Honorable Judge Chen

Re:  Larry Gerrans

Your Honor, we are writing to you in hopes that our letter will illustrate what an amazing and truly spectacular human being we have had the pleasure of knowing and touching our lives.  The Gerrans moved into our neighborhood over 10 years ago and ever since then our daughters and families have been extremely close.

First and foremost, Larry's family come first! He would do and does absolutely anything for his family and friends. Larry always worked 15 plus hour days , but his wife and kids are his priority.  He works tirelessly, but always makes it a point to be their to coach his daughter's lacrosse teams and be present as a dad and husband. Not only did Larry coach for his daughters and teammates, he mentored each individual during a season and helped them grow personally. He is one of the most selfless individuals we have known. He puts everyones needs before his own; his family, friends and work. To say he is humble is to say the least!

Kind, warm, loving, bright, generous with a HUGE heart only begins to describe his character. Larry has a charismatic personality and smile that light up any room. This man is nothing but a positive force that can move mountains with his energy, knowledge and kind heart. He does not have violent or vindictive bone in his body. To the core, Larry operates for the greater good of humanity and always has. He is obviously missed tremendously by his family, but even more so in our opinion, his sentencing is being wasted as others can only benefit for this gifted individual.

Thank you so much for all your time and consideration.

Sincerely,

Benjamin Pengelly

Danielle Pengelly

October 23,2020
To: The Honorable Judge Chen

I have known Larry Gerrans since spring of 2016 when he introduced himself to me at a Veteran BBQ gathering at the American Legion in San Anselmo, CA. We began our friendship based on our mutual appreciation of US Military Veterans and both wanting to help Veterans with Service-Connected Disabilities.

From there, Larry became a very good friend of mine. He invited me over to his house several times to work on various projects regarding helping Veterans. I met his family through my visits and we all became friends, going out to eat together, having dinner at the Gerrans house, going on hikes, exercising etc.

Larry is and has always been a very loving, caring and supporting person to those around him. He always was looking for ways to help out his community and those he loves and cares about. He was always very compassionate towards others, especially those who had any traumatic life experiences. Larry just wanted to help! I have ZERO concerns about him being violent or aggressive in anyway. Violence goes against his "being" which is to improve lives, help others, and make the world a better place to live in.

Why would a guy spend his entire life savings, dedicate a decade of his life while working crazy hours, miss experiences with his family as they grew up while he was working, risk it all for a small amount of money, relatively speaking, when he was trying to help cure cancer with a huge potential upside? It really just doesn't make sense to me...

Last year I went through a divorce, partially because of my combat-related PTSD from serving in the US Army during Operation Iraqi Freedom in 2003. Larry opened his home office to me where I stayed for a short period until I got back on my feet, even while he was fighting for his life in court.

In my opinion, based on my numerous interactions with Larry and his family, visits to the Gerrans home, and people that I have spoke with that know Larry, he is a very generous, trusting, open, genuine, caring, non-violent, and loyal human being. There is no fear of violence in any way. He uses his mind, determination and gratitude for life to help elevate the welfare of his fellow human beings.

Thank you for taking the time to read this as I consider Larry a very good friend.

Sincerely,

Aaron

**Aaron Augustis**
**Operation Iraqi Freedom, US Army Veteran**

Vicki Mead
3000 Lillard Dr
Davis, CA 95618
916.225.0244
vmead2@vitalant.org

Honorable Edward M. Chen
United States District Court, N.D. Cal.
450 Golden Gate Avenue
San Francisco, CA 94103

Dear Honorable Edward M. Chen,

I am submitting this letter as a personal testament of the outstanding character of
Lawrence [Larry] Gerrans. I came to know Larry and his family when we became
neighbors 15 years ago. Though initially we were but neighbors, our families soon
became great friends. We spent weekends, holidays, meals and vacations together for
several years. What I came to learn very quickly about Larry was his commitment and
dedication to his family, to his life-saving and innovative medical device development.

Larry worked tirelessly, advancing medical innovations that were revolutionary and
made a significant difference for patients in need. I am a Bachelor's prepared RN,
certified in Public Health Nursing, so his work both impressed and inspired me. When
he wasn't at work saving lives, he was spending time with his family. He was there for
**everything**. He was a quintessential family man. He was also there for his friends and
extended family if ever there was a need. For someone with such an impressive
intellect, he was also surprisingly very laid back and down to earth. What stood out the
most about Larry was his love, devotion and adoration of his wife and his 5 beautiful
children.

Aside from being great friends, Larry and his wife showed my family selflessness and
the true meaning of friendship. In 2008 my then teenage daughter went missing.
Without hesitation, Larry, Shelly and family came to our side. As you can imagine, as a
mother who has a missing child, I was gripped with fear and panic. Larry and Shelly
helped coordinate neighborhood canvassing, posting missing persons posters, assisted
me with law enforcement and emotionally supported me in a way that was above and

beyond what one would expect in that space. Their love and support kept me from losing my mind and aided in the safe rescue and return of my daughter 8 days later.

When my daughter was rescued, we learned she had become a victim of domestic minor sex trafficking. Due to the seriousness of the crime and threats from her perpetrators, their violent past and in spite of great risk to Larry and his family, they welcomed my daughter into their home on their secluded property to ensure her safety until her perpetrator was apprehended. How many "friends" can say they would do this? This tremendously selfless act, spoke volumes to me about Larry and Shelly's character. About their selflessness and friendship.

Upon hearing of Larry's current situation, I considered it an honor to provide a letter of support on his behalf. I think it is important for your Honor to know of Larry's amazing character and commitment to his family and friends. This letter of reference is my way of portraying the man that I knew, my neighbor and friend, Larry Gerrans in the only way I can at this moment. It is my honor to speak to his outstanding character and what I saw him as; a wonderful human being, father, friend, husband, brother, son and gifted innovator.

In closing, I would like to thank the court for allowing me the opportunity to describe the outstanding man of character Larry Gerrans is and for taking the time to review and consider my input.

With respect,

Vicki Mead

October 22, 2020

To the Honorable Edward Chen,

I am writing this letter on behalf of Larry Gerrans. My family and I moved in next door to the Gerrans family in 2014. Little did I know I would be embarking on meeting such an amazing family. Although a fence divided our houses, over the years our homes became one. Shelly Gerrans has become a sister to me more than a friend. I only know Larry as an extremely hardworking business man who spent countless hours at work. When he wasn't working, he was coaching soccer, watching Mackenzie ride, nightly barbecues, fixing so many things around the house, and spending time with the girls.

When there was a problem, Larry would always offer his help or his expertise no matter how big or small. There are countless stories of Larry helping people with cancer or just people down on their luck and needing a helping hand. I do not claim to know anything about his business affairs, all I know is the deep bond and love between Larry and his family.
As a mother of four children myself I would be hard pressed to say which child he had a deeper connection with. All I know is the tears the girls cry for their Dad is unbearable for me to witness. Three young teenagers' lives will be forever changed without the support of their father they desire so deeply. It seems like Larry Gerrans is the one that is down on his luck right now and needs a helping hand. I pray God gives you all the resources to do what is just in this case.

Thank you for your time-

Tricia McWhorter
415-755-8243



*faith, knowledge and service*

Honorable Edward M. Chen
United States District Court, N.D. Cal.
450 Golden Gate Avenue
San Francisco, CA 94103

Dear Honorable Chen,

My name is Tim Navone, president of Marin Catholic High School,  located at 675 Sir Francis Drake Boulevard in Kentfield, CA 94904.  If you wish to reach me in person, my assistant's phone number is 415-464-3807.  She can help arrange a time to speak.

I was introduced to Mr. Gerrans when he became a parent at Marin Catholic more than four years ago.  He was proactive in reaching out to me in regards to how he could help the school.  I remember my first meeting with Larry at a restaurant and have a sharp memory of what it meant to him when I asked him if it were okay if I prayed before we ate.  His reaction showed me that he valued the faith portion of his life very much.  I found this to be supported later by the witness of his children here at Marin Catholic who soaked up the opportunities offered by our Campus Ministry department.  Larry has exceptional children, and as a result, you can imagine how grateful I was that they had their faith to rely on when Larry's legal troubles presented themselves.

I ran into Larry at a local pharmacy after he was deep into his legal challenges of which I knew little of at the time.  He was shocked to learn I wasn't aware, perhaps relieved, and our conversation quickly turned to the faith and how important it was to Larry dealing with what was on his plate.  I say this because I have witnessed for the last 26 years at Marin Catholic that apples usually fall close to the tree in good ways and bad.  So to see his daughters grow into faith leaders at our school made me feel certain this was a witness they received from Larry.



*faith, knowledge and service*

Larry also stepped up to help Marin Catholic students with internship opportunities at his Bio-Tech company.  In speaking with those students about their experience, they only express gratitude for their experience and opportunity, and valued the generosity of Larry in helping them prepare for the real world.  Larry used to see me at games on campus and tell me about how well the students performed in their internships.

Thank you very much for listening to my thoughts on my relationship with Larry.  I hope this provides a greater perspective on who he is as a father and community member.

If you would like to speak further, I will make myself available at your convenience.

God bless,


Tim Navone
President

October 24, 2020

The Honorable Judge Chen,

First, I want to thank you for taking the extra time to read this letter.

This letter is in regard to Larry Gerrans. I understand his sentencing is coming up. I am imploring you to be able show some leniency in his sentence.

Judge Chen, I understand that Larry is before you for a number of violations. One however stands out as Larry being violent. In the years I have known Larry he has never exhibited any violent tendencies. He would get angry, rarely, at circumstances or people but no more than anyone else I have ever met and certainly not with the threat of violence. Larry is an intelligent human being and uses his vocabulary to express himself.

I have experienced Larry around his wife and children. He is a loving father and husband. An extended sentence I truly believe would affect them adversely most of all. I know he is suffering. I know you have much more experience in this arena than I do, but I do know this man and he is no danger to anyone or thing.

Quite the contrary, he has adopted more animals than most, taken care of the children of friends left parentless, shown endless patience and love to his children.

When a chore needs doing or help with an event Larry is there.


Respectfully yours,

Saul Cohen
415 272 4764

October 17, 2020

Art Gerrans, Sr.

19 Dorothy Way

Novato, CA 94945

Your Honorable Judge Chen,

   Since my son, Larry Gerrans, was a very young man he was a good, caring and helpful person to everyone he knew, and especially his family and six siblings. He was a hard worker and came to be employed in the medical field. With Larry's tenacity to help people with medical conditions, he finally developed the Sanovas Medical Device Company and hired many people, including his two brothers, Art, Jr., and Chris. During this time period, Larry was raising five children, being a great father and husband to his wife, Shelly.

   While Larry was busy with his company, in 2009, I was diagnosed with atrial fibrillation, which was addressed by my insurance, Kaiser Permanente. I will try to be brief as follows. I had two ablation procedures with Kaiser, 2010 at San Francisco Kaiser, and in 2013, at Santa Clara Kaiser Heart failure/Heart transplant Clinic. During my last visit on June 9, 2015 with Dr. Hemal Parekh, I told her my condition was getting worse, shortness of breath, chest pain, losing energy and sleeping 12+ hours a day. She stated that I had angina and gave me a prescription for nitroglycerin and sent me back to my cardiologist in Marin County. I still had symptoms as mentioned above, and related those to my son, Larry. Larry immediately took matters into his own hands.

   He contacted doctors at the Mayo Clinic in Rochester, Minnesota, obtained my medical records from Kaiser and, then, made arrangements for air travel and lodging near the Clinic. I went back to the Mayo Clinic with Larry for a second opinion and medical workup from July 22, 2015, through July 28, 2015. On Friday, July 24, 2015, I had a consultation with three Mayo Clinic doctors. They asked that I continue my stay at Mayo Clinic until the following week and go off my blood thinning medication. Based on my Kaiser medical records and work-up ordered by Mayo Clinic, there seemed to be an additional problem with my heart that Kaiser Hospital had not located or diagnosed at this time. I remained at the Mayo Clinic and had exploratory surgery on July 27, 2015, by Dr. David Holmes. They proceeded with a complex hemodynamic catheterization with four catheters. Dr. Holmes did find evidence of severe right upper and lower pulmonary veins stenosis, resulting in my significant pulmonary hypertension. I was advised by the doctors that the pulmonary vein stenosis was caused during an ablation procedure, which I had on two occasions with Kaiser. My cardiologist at Marin Kaiser was furnished with information and reports from Mayo Clinic's findings. Dr. Boylan stated that Kaiser did not have a doctor who could treat my problem. The damage to my heart and lungs was similar to birth defects that new born babies and young children have. Dr. Boylan

completed an outside referral request for me to be seen and treated by Dr. Phillip Moore, pediatric cardiac surgeon, at UCSF Mission Bay Benioff Children's Hospital.

In my first surgery there, on September 17, 2015, Dr. Moore found that I had only 2mm blood flow from my lungs into my heart instead of 36 mm, causing a large backup of fluid (blood) and serious pulmonary hypertension. My right upper pulmonary vein was completely obstructed, and not able to be stented. My right lower pulmonary vein was severely narrowed to 2mm. The normal size for each vein should be 16 to 18 mm blood flow for a total of 36 mm blood flow. After a lengthy surgery, I was moved to the intensive care unit for two days.

 On January 7, 2016, I underwent follow-up surgery by Dr. Moore, to further expand the stenting. In this surgery he was able to reach the upper right vein which was completely obstructed, and start a stenting process on it. I was then referred to a pulmonary hypertension specialist.

My final surgery at UCSF was on May 26, 2016, again by Dr. Phillip Moore, after consultation with the pulmonary hypertension specialist. In this final procedure, Dr. Moore opened both the right upper and lower pulmonary veins, to the furthest degree that he thought safe. The damage was never going to be fully repairable; that "perfection can be the enemy of good", and pursuing perfection could cause further damage.

I would like you to know, Judge Chen, that this was a very physically difficult and emotional period for myself and family, especially for my wife, who has been by my side and my advocate. I especially want you to take note that my son, Larry, stood up and provided me the opportunity to get a second opinion of my medical conditions at the Mayo Clinic. He talked with all the doctors at the Clinic, my cardiologist, and, also, met and conferred with the UCSF surgeon, and made sure I got the best treatment available. He is a good and caring man. I would not be alive today if it were not for my son, Larry. Larry has a good heart and can contribute much to our society. I hope you can see the good side of Larry at his sentencing. Larry has much knowledge about the human body and has advised and helped many people with medical conditions.


Sincerely,

Arthur Gerrans, Sr.