Shelly M. Gerrans
28 Greensburgh Lane
San Anselmo Ca. 49960

Honorable Edward M. Chen
United States District Court, N.D. Cal.
450 Golden Gate Avenue
San Francisco, Ca 94103

November 3, 2020

Honorable Judge Chen,

    My name is Shelly Marie Gerrans. I am 53 years old. I have five children, Brandon Paul (32), Sarah Jean (28), Hailey Grace (19), Kylie Rose (17) and Mackenzie Mae (15). I am the wife of Lawrence Gerrans. I'm sorry this letter is so late but it has felt impossible for me to put into words what I want to say to you.

    I met Larry on July 6th 1993 and knew he was something special. I have never felt such an instant connection with anyone like I did the day I met him. Larry had just finished college at Northern Arizona University with honors. I could tell right away that he was not the typical kind of guy because he was so respectful and serious while also having a great sense of humor. He was 22 and I was 25. I was still taking classes at NAU part time because I worked and had children. I never got the chance to go to college because I had my son so young and had a challenging upbringing.

    On our first date, I told Larry that I had two children and his reply was to bring them with us and we'll do something fun with all of us. He took us to the batting cages and taught my son Brandon how to hit a baseball and played with Sarah when it was my turn to hit. I think I fell in love with him that very first day watching him with my kids. That was the first date of our 28 years together. We spent hours talking about our families and our lives. I found myself telling Larry things about my life that I haven't shared with anyone. He was a great listener and helped me understand a lot of difficult things that happened to me earlier in my life. Over the years, Larry has helped me open up about abuse that was done to me when I was younger and as a teenager. I had numbed myself for years trying to bury it at times and felt worthless I didn't know why he loved me. Larry has always just listened and let me talk about what I was ready to talk about never making me feel shameful about it. He has never judged me for the things I have done he has only loved me and gave me space when I needed it.

    We moved to California when Larry was hired by DePuy Orthopaedics, and that's when I started getting to know all of Larry's family. His family is very large compared to mine, and very loving. They welcomed me and my children from the very beginning. He has four brothers Art Jr, Chris, Robert and Patrick and two sisters Annette and Jeannette. Larry was closest to Chris out of all the siblings - they had a special bond and were always hanging out. I became very close to Chris too. Even though he had his struggles, he was like a brother to me.

Larry and I got married in 1999 after being together for seven years. Larry is a faith-bearing man with high morals and ethics and he believes marriage is a lifetime commitment. For better or worse, richer or poorer, in sickness and in health, those are words Larry and I have lived through throughout our marriage every one of them. We purchased our first home as a married couple in 1999, an older Ranch style home in Danville. It needed a lot of TLC so we got to work and made it our beautiful family home. When we had our first daughter Hailey Grace on 7/4/01, both sides of our family came together to welcome her into the world. It was a beautiful time in our life. Our happiness was followed by some bad news when my little brother Darin shared with us that he had a brain tumor. Larry being Larry went right into action getting all my brother's medical records sent over and going to talk with one of the doctors he worked with professionally who was a specialist at UCSF. By the following Monday my brother was having brain surgery. He didn't have insurance at this time but was told the only thing he had to pay was for the operating room charge and anesthesiologist because the doctor waived his charge because of the relationship he had with Larry. We had our second daughter Kylie Rose on 7/27/03 and Mackenzie two years later on 5/5/05.

With each child, Larry became a better man and I fell more in love with him. We decided it was time to move to somewhere our girls could run around and explore. We purchased 10 acres in El Dorado hills where we would build our forever home. It had a huge bass pond and hundreds of trees for the girls to climb and explore. We would drive up on the weekends to have a picnic with our kids before it was built. Near the time of completion of our home, I had to have a hysterectomy due to constant pain I was having.  I continued to have severe pain for weeks and weeks after my surgery until my legs gave out and I ended up in the emergency department where they discovered a uterine manipulator that was left inside my pelvis after my hysterectomy. It was made by Cooper Surgical and bigger than a shot glass. It had to be surgically removed the next day by my regular OBGYN Dr. Jeffrey Cragun. It did a lot of damage to my nerves and spine. I was in constant pain so Larry had to take care of our girls who were small - 2,4 and 6 at the time. I had to have my cervix removed a year later because of the trauma the device caused. I went through a medical malpractice trial that was awful and took a long time but I did win. Unfortunately, after all my legal and medical bills there was nothing left. Then Larry having lost his job for the first time in his life due to having to care for me and our girls throughout the previous year. The housing market crashed and we had to file for bankruptcy in 2010. The hardest part was losing our forever home we built from the ground up.

I will always carry shame and guilt for putting my family through that time in our life. We had to sell everything including my wedding ring and borrow money from my mom just to survive. Unless you have been there you can't understand the shame and helplessness of losing everything you worked so hard for in the matter of two years. Larry started working on Sanovas with Erhan Gundy in 2009. He worked tirelessly night after night getting Sanovas set up. I worked from the beginning with him doing everything he needed help with, setting up his office, keeping and organizing all the files. When they eventually decided to move Sanovas out of our home and into office space, I went to look at lots of building spaces. Erhan was still not in

California yet. It was only me and Larry doing all the ground work, the running around, picking out colors for logos. It helped me try to get control of my life back after my lawsuit and losing everything. When we found the space in Sausalito, it was the perfect spot for Sanovas. Then Erhan moved to Sausalito with his wife. Larry was beginning to become happy again after the devastating years where we lost everything.  Larry was working 24/7 and I was busy helping with the build out and designing the new office space, those first few years of the company were hard but we were so proud of what we were building. I loved working at Sanovas and felt like no job was too small for me. I had some issues in 2011-2012 that arose out of my surgeries, which are mentioned in the letter from my doctor that Larry's lawyer said I could give you privately.

Judge Chen, I want to tell you some things you don't know about Larry. He is one of the most loving, kind, supportive people I have ever met. He would not hesitate to give the shirt off his back to help a fellow human in need. He opening up Sanovas to lots of people, from Marin Catholic's seniors to intern before going off to college to donating the downstairs office and gym space with equipment to Sunflower Wellness to hold meetings and train patients that are suffering with cancer. He allowed an investor's son to stay at our home for the summer to intern at Sanovas. That boy is now becoming an orthopedic surgeon. Larry has given so much of his time to our community helping to mentor kids for the last 16 years with his coaching in soccer and lacrosse, hundreds of kids. He's always donated the money they give coaches back to the league for new equipment every year. Larry has always had this openness about him willing to lend a hand and or listen to someone even if he was in a hurry. He would talk with our daughters and son's friends when they came over for hours sometimes and help them with advice or something they were struggling with personally in their life or at home. Larry is a happy, positive, always see's the glass as half full and tomorrows is a better day kind of person. He's not malicious or violent in **any way** shape or form. He never has been that kind of man. He loves God, he loves people and he has always respected women.

I have been with Larry for 28 years of my life your honor we have grown up together I know this man better than anyone. I can say without a doubt He would NEVER ever hurt another person. He never has and he never would. I know Chris really well and we used to be very close. There is no way Chris would ever believe that Larry would physically hurt him. He knows Larry too well. I think Chris got really scared when Larry said he wouldn't help him anymore, and Chris lied to save himself. Chris has a very dark side – I've seen it.

Judge Chen, I do not understand how in the United States of America my husband can have been subjected to such brutal treatment in jail. Larry has been locked away for a year and a half now unable to speak or get help. It has broken my heart to hear him on the phone, being moved from one jail to another, each time getting worse than the time before. His blood pressure was so high in Los Angeles that he thought he was going to die. He was in so much pain from his headaches, his knee that is blown out and his kidneys were now throbbing yet no one would help him. He has been overdosed on medications after not getting them for a month straight which has caused permanent eye sight problems. He had a man die right in front of him that he was helping for the last two days of his life when he was denied help from guards. The

worst has been the last week – I have never heard him so broken and scared as in Nevada. This is a man who has never been in trouble, he's never harmed another person, he's never had restraining orders put on him. He has been a law-abiding person his whole life.

I have tried for the past two weeks to find the words to tell you how Larry's absence has affected our daughters, but I can't find those words. Our children Mackenzie (15), Kylie (17) and Hailey (19) were used to seeing Larry every day that he was not traveling for work. You cannot imagine a father loving his children more than he loves them. His absence is a void that we all circle around every day. He has been gone for more than a year. It has affected them so deeply emotionally and psychologically. I cannot imagine how they will live without him if he is sentenced for a long time.

Your Honor, with great respect I am asking you to please have mercy on my husband when and if he ever gets to stand in front of you again. Brian Getz told me I could not come to trial or the government would indict me, so I stayed away from the trial even though it almost killed me to not be there in court for Larry. Please hear my voice and take into consideration all the people that have spoken out on Larry's behalf about his character as well as the years of his life he has dedicated to our community. Thank you so very much Judge Chen.