# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

| | |
|---|---|
| Name of U.S. District Court: | California Northern District |
| U.S. District Court case number: | 3:18-cr-310 |
| Date case was first filed in U.S. District Court: | 07/12/2018 |
| Date of judgment or order you are appealing: | 1/29/2020; 8/7/2020; 11/6/2020 |

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Lawrence J. Gerrans a/k/a Larry Gerrans

Is this a cross-appeal?   ○ Yes   ⦿ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ⦿ No

If Yes, what is the prior appeal case number?

Your mailing address:

Kabat Chapman Ozmer LLP

333 S. Grand Ave Suite 3550

City: Los Angeles   State: CA   Zip Code: 90071

Prisoner Inmate or A Number (if applicable):

**Signature** s/ Theresa A. Kristovich   **Date** 11/11/2020

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**   *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Lawrence J. Gerrans a/k/a Larry Gerrans

Name(s) of counsel (if any):
Theresa A. Kristovich
Henry L. Whitehead

Address: 333 S. Grand Avenue Suite 2225 Los Angeles, CA 90071
Telephone number(s): 213-493-3980
Email(s): tkristovich@kcozlaw.com; hwhitehead@kcozlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
United States of America

Name(s) of counsel (if any):
Lloyd Farnham
Robin L. Harris

Address: 450 Golden Gate Avenue, Box 36055, San Francisco, CA 94102
Telephone number(s): 415-436-7200
Email(s): Lloyd.Farnham@usdoj.gov; Robin.Harris2@usdoj.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):
Shawn Halbert

Address: 214 Duboce Avenue San Franciso, CA 94103

Telephone number(s): 415-703-0993

Email(s): shawn@shawnhalbertlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                                    2                                          *New 12/01/2018*