1    DAVID L. ANDERSON (CABN 149604)
     United States Attorney
2
     HALLIE HOFFMAN (CABN 210020)
3    Chief, Criminal Division

4    CHRIS KALTSAS (NYBN 5460902)
     Assistant United States Attorney
5
          450 Golden Gate Avenue, Box 36055
6         San Francisco, California 94102-3495
          Telephone: (415) 436-7200
7         Facsimile: (415) 436-7234
          Email:  chris.kaltsas2@usdoj.gov
8
     Attorneys for United States of America
9

10                     UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13
     UNITED STATES OF AMERICA,          )   CASE NO. CR-18-00310 EMC
14                                      )
              Plaintiff,                )   [PROPOSED] ORDER OF FORFEITURE
15                                      )
          v.                            )
16                                      )
     LAWRENCE GERRANS,                  )
17                                      )
              Defendant.                )
18   _____)

19        Having considered the application for an Order of Forfeiture filed by the United States and the

20   facts elicited at defendant's trial and at the forfeiture hearing, and good cause appearing,

21        IT IS HEREBY ORDERED that, the real property commonly known as 28 Greensburgh Lane,

22   San Anselmo, California ("the Subject Property") is FORFEITED to the United States of America as both

23   the proceeds defendant derived from the commission of the offense of conviction, pursuant to 18 U.S.C.

24   § 981(a)(1)(C) and 28 U.S.C. § 2461(c), all pursuant to the procedures outlined in Rule 32.2 of the Federal

25   Rules and Criminal Procedure and 21 U.S.C. § 853.

26        IT IS FURTHER ORDERED that, a forfeiture money judgment in the amount of $2,858,356.03

27   is entered against defendant Lawrence J. Gerrans, as proceeds defendant derived from the commission of

28

the offenses of conviction, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), all pursuant to the procedures outlined in Rule 32.2 of the Federal Rules and Criminal Procedure and 21 U.S.C. § 853.

IT IS FURTHER ORDERED that, the government will credit the amount of money derived from the sale of the Subject Property towards the amount of defendant's forfeiture money judgment at the time of sale.

IT IS FURTHER ORDERED that, the government may conduct discovery in order to identify, locate, or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.

IT IS FURTHER ORDERED that, the United States, through its appropriate agency, seize the forfeited property forthwith.

IT IS FURTHER ORDERED that, the court maintain jurisdiction to enforce this Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule 32.2(e).

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(4) of the Federal Criminal Rules of Procedure, this Order of Forfeiture is final as to the defendant at the time of sentencing and be made part of the sentence and included in the judgment.


IT IS SO ORDERED this _____ day of December, 2020.



_____
HON. EDWARD M. CHEN
United States District Judge