UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>GERRANS,<br>　　　　Defendant. | Case No. 18-cr-00310-EMC<br><br>**ORDER GRANTING COA**<br><br>Docket Nos. 494, 496 |

On October 1, 2024, the Court entered its Order denying Defendant's motion under 28 U.S.C. § 2255. Dkt. No. 493. Defendant filed a request for a certificate of appealability (COA) as to all the claims the Court denied. Dkt. No 494. The Government filed an opposition as to granting the COA as to all claims. Dkt. No 496.

The Court grants Defendant's request for a COA **as to all claims.**

**IT IS SO ORDERED**.

Dated: November 13, 2024

_____
EDWARD M. CHEN
United States District Judge